| AUSA: | Thomas Cribbins | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Agent: | Alexander T. Carlson | Telephone: | (313) 450-2590 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
　　v.

Arturo SANCHEZ-HERNANDEZ

Case: 2:26−mj−30161
Assigned To : Unassigned
Assign. Date : 3/26/2026
Description: CMP USA v
Sanchez−Hernandez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 24, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____

Alexander T. Carlson, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____March 26, 2026____

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alexander Carlson, declare the following under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Arturo SANCHEZ-HERNANDEZ, a native and citizen of Mexico.

2.     This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for SANCHEZ-HERNANDEZ, for a violation of 8 U.S.C. § 1326(a), Unlawful Re-entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

## PROBABLE CAUSE

3.     SANCHEZ-HERNANDEZ is a 29-year-old man, native and citizen of Mexico, who was previously removed from the United States on or about September 7, 2018.

4.     On or about September 1, 2018, Border Patrol agents encountered SANCHEZ-HERNANDEZ near Sierra Blanca, Texas. SANCHEZ-HERNANDEZ was processed as an Expedited Removal.

5.     On or about September 4, 2018, SANCHEZ-HERNANDEZ pleaded guilty in the Southern District of Texas to Illegal Entry under 8 USC § 1325.

6.     On or about September 7, 2018, SANCHEZ-HERNANDEZ was removed to Mexico through El Paso, Texas.

7.     On or about July 21, 2020, Border Patrol agents encountered SANCHEZ-HERNANDEZ near Tecate, California. SANCHEZ-HERNANDEZ was expelled from the United States under Title 42.

8.     On or about November 29, 2020, Border Patrol agents encountered SANCHEZ-HERNANDEZ near Calexico, California. SANCHEZ-HERNANDEZ was expelled from the United States under Title 42.

9.     On or about December 10, 2020, Border Patrol agents encountered SANCHEZ-HERNANDEZ near El Cajon, California. SANCHEZ-HERNANDEZ was expelled from the United States under Title 42.

10.    Through investigative efforts, agents identified a 2014 Jeep Cherokee Altitude registered to Arturo SANCHEZ-HERNANDEZ, a known illegal alien ordered removed on September 1, 2018. Agents observed the vehicle parked at the known residence and, utilizing surveillance and photographs from prior immigration arrests, positively identified SANCHEZ-HERNANDEZ.

11.    On or about March 24, 2026, Border Patrol agents assigned to the Detroit Sector Targeting Unit conducted a targeted enforcement action at XX10 Merriman Road, Romulus, Michigan upon observing SANCHEZ-HERNANDEZ exit the vehicle.

12.    Agents approached SANCHEZ-HERNANDEZ, identified themselves as Border Patrol agents and conducted an immigration inspection. Agents determined that SANCHEZ-HERNANDEZ had unlawfully reentered the United States at a time and place other than as designated by the Secretary of Homeland Security. After determining that SANCHEZ-HERNANDEZ was an individual who illegally re-entered the United States, the agents arrested SANCHEZ-HERNANDEZ and transported him to the Gibraltar Border Patrol Station for further processing.

13.     While at the Gibraltar Border Patrol Station, agents captured SANCHEZ-HERNANDEZ's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that SANCHEZ-HERNANDEZ is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his September 7, 2018, removal.

14.     The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15.     Review of the Alien File (A# XXX XXX 188) for SANCHEZ-HERNANDEZ, and queries in U.S. Department of Homeland Security databases confirm no record exists of SANCHEZ-HERNANDEZ obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after

his removal from the United States on September 7, 2018. SANCHEZ-HERNANDEZ's prior order of removal has been reinstated.

## CONCLUSION

16.    Based on the above information, there is probable cause to conclude that Arturo SANCHEZ-HERNANDEZ, a native and citizen of Mexico, committed the offense of unlawful reentry following removal from the United States in violation of Title 8, United States Code, Section 1326(a).

Alexander Carlson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

March 26, 2026